UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| *Plaintiff*, | ) |
| v. | ) Case No. 3:14-CR-00046 |
| ESTHER FRANKLIN | ) |
| *Defendant*. | ) |

## MEMORANDUM AND ORDER

Before the Court is Defendant's motion for sentence reduction pursuant to Amendment 782 to the United States Sentencing Guidelines [R. 95].

Amendment 782, which provides for a two-level reduction for drug offenses, became effective November 1, 2014 and was incorporated into the Guidelines. Defendant was convicted of conspiracy to distribute Oxycodone, possession of a firearm in furtherance of a drug trafficking crime, and felon in possession of a firearm. Defendant was sentenced to 120-months imprisonment on April 30, 2015, after Amendment 782 was incorporated. Because Defendant received the full benefit of Amendment 782, she is not entitled to a further reduction in her sentence. Therefore, Ms. Franklin's motion for sentence reduction [R. 95] is **DENIED.**

**IT IS SO ORDERED.**

Enter:

*/s/ Pamela L. Reeves*
**UNITED STATES DISTRICT JUDGE**